UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONNIE EDWARD DUKE,

    Defendant.

Case No. 17-20733
Honorable Laurie J. Michelson
Magistrate Judge Stephanie Dawkins Davis

---

**AMENDED ORDER DIRECTING FEDERAL CORRECTIONAL INSTITUTION EDGEFIELD TO PROVIDE RONNIE EDWARD DUKE WITH ACCESS TO A COMPUTER**

---

After serving a prison sentence for prior federal offenses, Ronnie Edward Duke began his term of supervised release. (ECF No. 35, PageID.121.) But while on release, Duke committed a violation. (*Id.*) And as a result, he has been charged with Wire Fraud Affecting a Financial Institution in violation of 18 U.S.C.§ 1343. (*Id.*) He is currently incarcerated at the Federal Correctional Institution in Edgefield, South Carolina. (*Id.*)

In conjunction with the wire fraud charge, the government has provided Duke with thousands of pages of discovery, all in electronic format. (ECF No. 35, PageID.122.) The documents are on a multitude of DVDs. (*Id.*) However, for a variety of reasons, FCI Edgefield has not permitted Duke to review the documents. (*Id.*) And Duke's lawyer says his attempts at brokering a compromise have all failed. (*Id.*) So Duke asks the Court to order FCI Edgefield to give Duke electronic or paper access to the documents.

IT IS SO ORDERED that FCI Edgefield is to provide Ronnie Edward Duke with appropriate viewing space and a computer device for at least two hours each day so that he can prepare for trial by reviewing the extensive discovery materials in this complex criminal matter.

SO ORDERED.

                                          s/Laurie J. Michelson
                                          LAURIE J. MICHELSON
                                          UNITED STATES DISTRICT JUDGE

Date: April 24, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, April 24, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

                                          s/William Barkholz
                                          Case Manager