# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

                CASE NO: 17-20733
    **Plaintiff,**       HON. MATTHEW F. LEITMAN

vs.

**RONNIE EDWARD DUKE,**

    **Defendant.**
_____/

## ORDER ADJOURNING JURY TRIAL DATE, MOTION CUT-OFF DATE, PLEA CUT-OFF DATE, AND FINAL PRETRIAL CONFERENCE DATE

This matter being duly before the Court on motion of Defendant, and defense counsels needing additional time to review the voluminous discovery provided by the Government in this matter, to investigate the factual circumstances underlying the charged offenses, and to research the legal issues relevant to this case, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED** that the Jury Trial Date, Motion Cut-Off Date, Plea Cut-Off Date, and Final Pretrial Conference Date shall be adjourned to the following dates:

    Motion Cut-Off:            September 21, 2020

    Plea Cut-Off:               October 5, 2020

    Final Pretrial Conference:    November 4, 2020 at 1:30 p.m.

    Jury Trial:                 November 17, 2020 at 9:00 a.m.

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay from the jury trial date of May 11, 2020 to November 17, 2020, is excludable under 18 U.S.C. §§ 3161(h)(7)(A) and (7)(B)(iv), as defense counsels need additional time to review the voluminous discovery provided by the Government in this matter, to investigate the factual circumstances underlying the charged offenses, and to research the legal issues relevant to this case, and the failure to grant such a continuance would deny counsels for Defendant the reasonable time necessary for effective preparation. As such, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764