# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**　　　　　　　　　Case No: 17-cr-20733
　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman

**vs.**

**RONNIE EDWARD DUKE,**

        **Defendant.**

_____/

## EX PARTE ORDER TO FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL

This matter being duly before the Court on ex parte motion of Defendant, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's entire Sentencing Memorandum shall be filed under seal, and that a redacted copy of the Sentencing Memorandum, with references to privileged and confidential information contained within, or obtained from, Defendant's medical records deleted shall be filed on the ECF public docket.

                                          /s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  June 21, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 21, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
