UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONNIE EDWARD DUKE, <br><br> Defendant. | Case No. 17-cr-20733 <br><br> Hon. Matthew F. Leitman <br> United States District Judge |

## ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO AMEND JUDGMENT TO INCLUDE RESTITUTION ORDER

The United States of America having filed an unopposed motion to amend the judgment to include a restitution order, the Court hereby orders as follows:

On December 7, 2021, Defendant Ronnie Edward Duke pleaded guilty to one count of Wire Fraud Affecting a Financial Institution under 18 U.S.C. § 1343 and one count of Aggravated Identity Theft under 18 U.S.C. § 1028A(a)(1). (*See* Rule 11 Plea Agmt., ECF No. 121.) The Court sentenced Duke on June 27, 2022. (*See* Sentencing Tr., ECF No. 142; Judgment, ECF No. 137.)

At the sentencing hearing, the parties and the Court agreed, pursuant to 18 U.S.C. § 3664(d)(5), to postpone a final determination of Defendant's restitution obligations for a period of 90 days.

Pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, based on the findings of the Probation Officer, without objection, and based on the proffer of the government, without objection, the Court hereby finds that the following individuals and entities are victims of Defendant's offenses, and are entitled to restitution in the following amounts:

| Victim | Loss |
|---|---|
| American Express | $248,625.35 |
| BMO Harris Bank | $13,015.24 |
| Bank of America | $270,071.71 |
| Capital One Bank (USA), N.A. (Cabela's Club Card) | $8,303.40 |
| Capital One Bank (USA), N.A. | $1,786.03 |
| Chase Bank, NA | $426,328.55 |
| CitiBank | $109,132.05 |
| CitiBank (Sears Store Card) | $1,987.70 |
| US Bank - Corporate Security Payments | $157,341.63 |
| Discover Bank | $59,795.80 |
| Fifth Third Bank | $286,064.02 |
| Pay Pal, Inc. | $13,577.45 |
| PNC Bank | $335,873.04 |
| Star Choice CU | $35,965.13 |
| State Farm Bank | $34,752.66 |
| US Bank | $221,789.88 |
| Wells Fargo Bank | $63,315.54 |
| Victim 1 (S.V.) | $65,000.00 |
| Victim 2 (J.L.) | $22,500.00 |
| Victim 3 (V.M.) | $12,608.40 |
| Victim 4 (R.U.) | $3,850.00 |
| TOTAL | $2,391,683.58 |

Accordingly, **IT IS ORDERED** that an Amended Judgment as to Defendant Ronnie Edward Duke will issue, which will award restitution totaling $2,391,683.58, in the amounts set forth above.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: September 9, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 9, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126