UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONNIE EDWARD DUKE,

    Defendant.

Case No.: 4:17-cr-20733
Hon. Matthew F. Leitman

## ORDER GRANTING MOTION TO SEAL

The United States of America, has moved to seal Defendant's reply in support of his Motion to Vacate Sentence under 28 U.S.C. § 2255 (ECF No. 183), filed by Defendant *pro se*. (ECF No. 184.)

For good cause shown, it is HEREBY ORDERED: The government's motion is granted, and docket entry no. 183 shall be placed under seal, and shall remain under seal until further order of the Court.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 5, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 5, 2025, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126