UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 17-cr-20733
                                                    Hon. Matthew F. Leitman

RONNIE EDWARD DUKE,

    Defendant.

_____/

## **JUDGMENT**

. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that (1) Defendant's motion to vacate sentence is **DENIED** and (2) Defendant is **DENIED** a Certificate of Appealability.

                                                    KINIKIA ESSIX
                                                    CLERK OF COURT

                                        By:    s/Holly A. Ryan
                                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 11, 2025
Detroit, Michigan

1